

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-17-00845-CR

Frederick **JOHNSON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CR10110
Honorable Mary D. Roman, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED March 14, 2018.

_____
Marialyn Barnard, Justice